1   LAWRENCE G. BROWN
    United States Attorney
2   MARLON COBAR
    Assistant U.S. Attorney
3   4401 Federal Building
    2500 Tulare Street
4   Fresno, California 93721
    Telephone: (559) 497-4000
5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          )   1:08-CR-247 OWW
                                         )
13               Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE
14                                       )
                 v.                      )   DATE:   March 30, 2009
15                                       )   TIME:    9:00 a.m.
     MARTIN PEREZ TALAVERA,  et. al.,    )   HONORABLE OLIVER W. WANGER
16                                       )
                 Defendants.             )
17                                       )
     _____ )
18

19          The United States of America, by and through Lawrence G. Brown, Acting United States

20   Attorney, and Marlon Cobar, Assistant United States Attorney, and the defendants, by and through

21   their attorneys, hereby stipulate and request that the status conference, currently set for March 3,

22   2009, be moved to March 30, 2009, at 9:00 a.m.  The parties to the above-captioned matter jointly

23   agree to vacate the March 3, 2009, status conference in this matter in order to: (1) permit the

24   government's subsequent counsel to adequately structure appropriate plea agreement disposition

25   offers in the case; (2) permit the government and various defense counsel to engage in further plea

26   negotiations; and (3) for the defense to adequately prepare for the anticipated change of plea hearing

27   on March 30, 2009 following the government's plea offer.

28   ///

                                              1

1    Therefore, the parties stipulate to continue this hearing to March 30, 2009 at 9:00 a.m., and

2   further respectfully request the Court to order the same.  The parties further request that time be

3   excluded to and through March 30, 2009, in that the ends of justice served by a continuance

4   "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. §

5   3161(h)(8).

6   DATED:  February 24, 2009                          LAWRENCE G. BROWN
                                                        United States Attorney
7
                                                        By /s/ Marlon Cobar
8
                                                        MARLON COBAR
9                                                       Assistant U.S. Attorney

10
    DATED: February 19, 2009                          /s/ Victor Chavez
11                                                     Attorney for Martin Perez Talavera

12  DATED: February 19, 2009                          /s/ Daniel L. Harralson
                                                       Attorney for Lorenzo Estrada Morfin
13

14  DATED: February 19, 2009                          /s/ E. Marshall Hodgkins
                                                       Attorney for Ruben Silva Miranda
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

LAWRENCE G. BROWN
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-247 OWW |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN PEREZ TALAVERA,  et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through Lawrence G. Brown, Acting United States

Attorney, and Marlon Cobar, Assistant United States Attorney, and the defendants, by and through

their respective attorneys, have stipulated to a continuance of the status conference in this case,

currently set for March 3, 2009, to March 30, 2009, at 9:00 a.m.  The government and the defendants

have jointly  requested the continuance to engage in further plea preparations and  negotiations.

THEREFORE, it appearing that the request is supported by good cause, in that the ends of

justice served by a continuance "outweigh the best interests of the public and the defendant in a

speedy trial." See 18 U.S.C. § 3161(h)(8).

IT IS HEREBY ORDERED that the status conference in this case be continued until March

30, 2009 at 9:00 a.m.

//

//

//

3

1    IT IS HEREBY ORDERED that the time between March 3, 2009 and March 30, 2009 be

2  excluded pursuant to 18 United States Code, Section 3161(h).

3  IT IS SO ORDERED.

4  **Dated:   February 24, 2009**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

4